of Arkansas. November 5, 1907. Case having abated by reason of the death of plaintiff in error, writ of error dismissed. *Mr. Baldy Vinson* for plaintiff in error. No appearance for defendant in error.

No. 146. HENRY T. ANDERSON, APPELLANT, *v.* ANDREW J. ZARING. Appeal from the Supreme Court of the Territory of Oklahoma. November 11, 1907. Dismissed with costs, on motion of counsel for the appellant, and mandate granted. *Mr. S. H. Harris* for appellant. No appearance for appellee.

No. 58. MODESTO MUNITIZ AGUIRRE, APPELLANT, *v.* SOBRINOS DE EZQUIAGA. Appeal from the Supreme Court of Porto Rico. November 12, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles Hartzell* for appellant. *Mr. James S. Harlan* and *Mr. John Maynard Harlan* for appellee

No. 153. THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* JOHN STIBBS. In error to the Supreme Court of the Territory of Oklahoma. December 2, 1907. Dismissed, per stipulation. *Mr. M. A. Low* for plaintiff in error. *Mr. P. C. Simons* for defendant in error.

No. 192. NICOLAS ARCEO, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. December 2, 1907. Dismissed, pursuant to the tenth rule. *Mr. Nicolas Arceo pro se. The Attorney General* and *The Solicitor General* for defendant in error.